IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEONARD EAST, *on behalf of himself and all others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A<br><br>Defendant. | Case No.  4:15-cv-00931-CEJ |

## **NOTICE OF SETTLEMENT**

Plaintiff hereby provides notice that the parties have reached a settlement in principle as to all claims pending against all parties.  Plaintiff respectfully requests that this Court allow sixty (60) days for Plaintiff and Defendant to complete the settlement and submit final dismissal paperwork, during which time Plaintiff requests the Court to retain jurisdiction over this matter.

Dated: September 4, 2015

                                        Respectfully submitted,

                                        <u>/s/ Anthony LaCroix</u>
                                        Anthony LaCroix
                                        LaCroix Law Firm, LLC
                                        Bar No.60793
                                        406 W. 34th Street, Suite 810
                                        Kansas City MO 64111
                                        (816) 399-4380
                                        tony@lacroixlawkc.com
                                        Lead Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on September 4, 2015, the foregoing Notice of Settlement was filed with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Tracy Neverman
Tracy Neverman
