UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEONARD EAST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:15-CV-931 (CEJ) |
| | ) |
| JP MORGAN CHASE BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the plaintiff's notice of dismissal,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 13th day of October, 2015.